UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-82311-CIV-COHN

MICHELLE HERNANDEZ,

Magistrate Judge Seltzer

    Plaintiff,
vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER GRANTING APPLICATION FOR ATTORNEY FEES

**THIS CAUSE** is before the Court upon Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act [DE 26], Defendant's Response [DE 27], and Plaintiff's Reply thereto [DE 28].  The Court has carefully considered the motion and is otherwise fully advised in the premises.

Plaintiff's counsel seeks $4,986.05 in attorney fees pursuant to the Equal Access for Justice Act.  Plaintiff included an assignment of fees from the Plaintiff to counsel.  The Commissioner in this case agreed to remand the case for further proceedings, making Plaintiff the prevailing party.  Defendant does not oppose the amount of fees, nor payment of the EAJA fees directly to counsel, but does reserve the right to offset any debts owed by Plaintiff to the United States, pursuant to Ratliff v. U.S., 130 S.Ct. 2521 (2010).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Application for Attorney's Fees [DE 26] is hereby **GRANTED**;

2. The Court shall separately enter judgment for Plaintiff's counsel in the amount of $4,986.05 in attorney fees, however, the funds are subject to any Treasury offset

for any debt owed by Plaintiff.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of August, 2010.

JAMES I. COHN
United States District Judge

copies to:

counsel of record